# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:11CR312 |
| JASON BRASCH, DAVID BURBACH, WILLIAM WILKINSON and THERESA REILLY, | ) | ORDER |
| Defendants. | ) | |

The government's Motion to Continue (Filing No. 8) is granted.

**IT IS ORDERED** that the initial appearance is continued to **October 28, 2011, at 2:00 p.m.,** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The United States Attorney's Office shall notify all the defendants or their counsel of record of the change of date.

DATED this 7th day of October, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge